**Order entered May 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00883-CV

### DFW ADVISORS LTD. CO., Appellant

### V.

### JACQUELINE ERVIN, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-14414**

## ORDER

We **DENY** appellee's second motion to dismiss for failure to prosecute.

We **GRANT** appellant's second motion to extend time to file brief and **ORDER** the brief

tendered to the Clerk of the Court April 14, 2015 filed as of the date of this order. Appellee shall

file her brief no later than June 15, 2015.

/s/    CRAIG STODDART
       JUSTICE